**STATE of Missouri, Respondent,**

v.

**Kenneth SNAPP, Appellant.**

**No. WD 36773.**

Missouri Court of Appeals,
Western District.

Feb. 4, 1986.

Allan D. Seidel, Miller, Humphreys & Seidel, Trenton, for appellant.

James G. Spencer, Pros. Atty., Sullivan County, Milan, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from a court-tried misdemeanor conviction for indecent exposure, § 566.130 RSMo 1978 and a sentence of one year in the county jail, execution suspended and defendant placed on two years probation.

Affirmed. Rule 30.25(b).